CHESTER J. LATER ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF CROMWELL ET AL.
(12152)

HEIMAN, FREEDMAN and CRETELLA, Js.

Argued November 2—decision released November 23, 1993

*William O. Riiska,* with whom, on the brief, was *Gregory T. D'Auria,* for the appellants (plaintiffs).

*Richard W. Tomc,* with whom, on the brief, was *John H. Hanks,* for the appellees (defendants).

PER CURIAM. Although the briefs submitted by the parties raise multiple legal issues, the dispositive threshold question is whether there exists any material issue of fact that would have precluded the trial court from granting summary judgment for the defendant.

We conclude that no such material issue of fact was presented by the plaintiffs' affidavit filed in opposition to the motion for summary judgment and that the granting of the summary judgment was proper.

The judgment is affirmed.